IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAMETRI DALE,                  )
                               )
         Plaintiff,            )
                               )
    v.                         )         1:23CV282
                               )
FNU JURDEGAN, et al.,          )
                               )
         Defendant.            )

### ORDER

On March 10, 2025, the Order, Memorandum Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motion entitled "Motion for Temporary Restraining Order and a Preliminary Injunction Order" (Doc. 36) is DENIED.

                              /s/   Thomas D. Schroeder
                              United States District Judge

March 31, 2025