IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAMETRI DALE,                    )
                                 )
            Plaintiff,           )
                                 )
     v.                          )      1:23CV282
                                 )
FNU JURDEGAN, et al.,            )
                                 )
            Defendants.          )

## ORDER

On March 28, 2025, the Order, Memorandum Opinion, and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 61.) Defendant filed a response to Plaintiff's objection. (Doc. 62.)

Although the Plaintiff's objection is only conclusory and does not invoke the court's duty to conduct a de novo review, the court has nevertheless carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's objection to the timeliness of Defendant's Motion for Summary Judgment is OVERRULED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment (Doc. 44) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

       /s/   Thomas D. Schroeder
United States District Judge

May 2, 2025